UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LON FALL,

     Plaintiff,

v.                                CASE NO. 21-cv-10563

GENERAL MOTORS, LLC,        HON. LINDA V. PARKER

     Defendant.

| DAVID A. KOTZIAN (P38308) | MARGARET CARROLL ALLI (P38281) |
|---|---|
| GREGORY JONES (P75318) | CHRISTOPHER R. MIKULA (P69661) |
| GASIOREK, MORGAN, GRECO, | JACLYN E. CULLER (P83220) |
| McCAULEY & KOTZIAN, P.C. | OGLETREE, DEAKINS, NASH, |
| *Attorneys for Plaintiff* | SMOAK & STEWART, PLLC |
| 30500 Northwestern Hwy., Ste. 425 | *Attorneys for Defendant* |
| Farmington Hills, MI 48334 | 34977 Woodward Avenue, Suite 300 |
| t: 248.865.0001 | Birmingham, MI 48009 |
| f: 248.865.0002 | t: 248.593.6400 |
| dkotzian@gmgmklaw.com | f: 248.283.2925 |
| gjones@gmgmklaw.com | meg.alli@ogletree.com |
| | christopher.mikula@ogletree.com |
| | jaclyn.culler@ogletree.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff

Lon Fall and Defendant General Motors LLC that Plaintiff's Complaint and Demand

for Trial by Jury (ECF No. 1), including all claims raised or which could have been

raised against Defendant or its affiliated entities as of the date of the entry of this

Order, is dismissed with prejudice and each side to bear its own costs and attorney's

fees.

**THIS IS A FINAL ORDER WHICH DISPOSES OF ALL CLAIMS IN THE CASE.**

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 11, 2022


STIPULATED AS TO FORM AND CONTENT:

Dated: March 11, 2022          GASIOREK, MORGAN, GRECO,
                               McCAULEY & KOTZIAN, P.C.

                               s/ David A. Kotzian (with consent)
                               David A. Kotzian (P38308)
                               Attorneys for Plaintiff

Dated: March 11, 2022          OGLETREE, DEAKINS, NASH,
                               SMOAK & STEWART, PLLC

                               s/ Christopher R. Mikula
                               Christopher R. Mikula (P69661)
                               Attorneys for Defendant

50700321.v1-OGLETREE